INTERSTATE MILK HANDLERS, *ET AL.*, PLAINTIFFS-PE-
TITIONERS, v. FLOYD R. HOFFMAN, DIRECTOR, *ETC.*,
DEFENDANT-RESPONDENT.

See same case below: 34 *N. J. Super.* 356.

*Messrs. Bilder, Bilder & Kaufman, Mr. Arthur J. Sills* and
*Mr. Julius Stein* for the petitioners.

*Mr. Grover C. Richman, Jr., Mr. Harold Kolovsky* and
*Mr. David M. Satz, Jr.,* for the respondent.

June 13, 1955.   Denied.